TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Tracy Choubmesser*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Tracy Choubmesser, | Case No.: 2:17-cv-02094-SPL |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| Bureau of Medical Economics, Inc., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Bureau of Medical Economics, Inc., in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Bureau of Medical Economics, Inc., ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

1

|   |   |
|---|---|
| DATED: December 4, 2017 | KENT LAW OFFICES |
|   |   |
|   | By: <u> */s/  Trinette G. Kent*</u><br>Trinette G. Kent<br>Attorneys for Plaintiff,<br>Tracy Choubmesser |