IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tracy Choubmesser,<br><br>        Plaintiff,<br><br>vs.<br><br>Bureau of Medical Economics, Inc.,<br><br>        Defendant. | No. CV-17-02094-PHX-SPL<br><br>**ORDER** |

No stipulation to dismiss having been filed, in accordance with the Court's December 4, 2017 Order (Doc. 28),

**IT IS ORDERED** that this action is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 5th day of January, 2018.

Honorable Steven P. Logan
United States District Judge